TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00747-CR

Russell Alvin O'Brien, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF CONCHO COUNTY, 198TH JUDICIAL DISTRICT

NO. 1213-A, HONORABLE JOHN E. SUTTON, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for burglary of a building. 
Appellant has filed a motion to withdraw this appeal. No decision of this Court has been
delivered. The motion is granted and the appeal is dismissed. Tex. R. App. P. 59(b).

Before Chief Justice Carroll, Justices Aboussie and Kidd

Dismissed on Appellant's Motion

Filed: February 21, 1996

Do Not Publish